UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-80885-CIV-MARRA/JOHNSON

KARA JORUD

   Plaintiff,

v.

MICHAELS STORE, INC.
d/b/a MICHAEL'S ARTS AND
CRAFTS and SKIP SAND, individually,

   Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

   Plaintiff, Kara Jorud, hereby gives notice that she voluntarily dismisses this action against Defendants, Michaels Store, Inc. d/b/a Michael's Arts and Crafts and Skip Sand, individually, with prejudice.

            By: /s/ G. Joseph Curley
            G. JOSEPH CURLEY, ESQ.
            Florida Bar No. 571873
            gjcurley@gunster.com
            BRIAN M. MCPHERSON, ESQ.
            Florida Bar No. 0735541
            bmcpherson@gunster.com
            GUNSTER, YOAKLEY & STEWART, P.A.
            777 South Flagler Drive, Suite #500 East
            West Palm Beach, FL 33401-6194
            Telephone: (561) 655-1980/ Facsimile (561) 655-5677
            Attorneys for Plaintiff, Kara Jorud

## CERTIFICATE OF SERVICE

   I hereby certify that on November 22, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by

CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ G. Joseph Curley
G. Joseph Curley

WPB 1100428.1

SERVICE LIST
JORUD vs. MICHAELS STORE, et al.
Case No. 9:09-cv-80885-KAM/LRJ
United States District Court, Southern District of Florida

ELECTRONIC MAIL NOTICE LIST

G. Joseph Curley
Florida Bar No. 571873
jcurley@gunster.com
BRIAN M. MCPHERSON, ESQ.
Florida Bar No. 0735541
bmcpherson@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive
Philips Point, Suite #500 East
West Palm Beach, FL 33401-6194
Telephone: (561) 655-1980
Facsimile (561) 655-5677
Attorneys for Plaintiff, Kara Jorud

Helen Palladeno
Florida Bar Number:  0186831
Monica J. Williams
Florida Bar No.:  0566780
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART, P.C.
100 North Tampa Street
Suite 3600
Tampa, Florida  33602
Telephone:  813.289.1247
Facsimile:  813.289.6530
helen.palladeno@ogletreedeakins.com
monica.williams@ogletreedeakins.com

L. Gray Geddie, Esq.
*Admitted Pro Hac Vice*
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART, P.C.
P.O. Box 2757
Greenville, South Carolina  29602
Telephone:  864-271-1300
Facsimile:  864-235-8806
gray.geddie@ogletreedeakins.com

ATTORNEYS FOR DEFENDANTS

WPB 1100428.1