UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80885-MARRA/JOHNSON

KARA JORUD,

      Plaintiff,

v.

MICHAEL'S STORE, INC. d/b/a
MICHAEL'S ARTS AND CRAFTS and
SKIP SAND, individually,

      Defendants.

_____ /

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice. (DE 219). The Court has carefully reviewed the notice and the record herein and is otherwise fully advised in the premises. Accordingly, it is hereby:

ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Clerk shall CLOSE this case. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 23rd day of November, 2010.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record